**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
**STEVEN D. OLIVER,**                   )
                                        )
      **Plaintiff,**        )
                                        )
    **v.**                          )        **Civil Action No. 03-2240**
                                        )        **(RWR)(DAR)**
**ABDUL PRODUCTIONS II, INC.,**         )
    **et al.,**                      )
                                        )
    **Defendants.**          )
_____ )

<u>**ORDER**</u>

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Report and Recommendation of Magistrate Judge Deborah A. Robinson [36], be and hereby is, ADOPTED.  It is further

ORDERED that defendants' motion for summary judgment [13] be, and hereby is, GRANTED.  Judgment is entered in favor of defendants.  This is a final, appealable order.

SIGNED this 20th day of December, 2005.


                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge